NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**WESLEY CORPORATION, DAVID HANSON,**
*Plaintiffs-Appellants*

**v.**

**ZOOM T.V. PRODUCTS, IDEAVILLAGE PRODUCTS CORPORATION,**
*Defendants-Appellees*

_____

2019-1477

_____

Appeal from the United States District Court for the Eastern District of Michigan in No. 2:17-cv-10021-RHC-SDD, Judge Robert H. Cleland.

_____

## JUDGMENT

_____

DANIEL MCCARTHY, Butzel Long, Bloomfield Hills, MI, argued for plaintiffs-appellants.

JOSHUA GARY LATZMAN, Miller Canfield Paddock & Stone PLC, Troy, MI, argued for defendants-appellees.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 11, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court